[Nos. 19126-5-III; 19247-4-III.   Division Three.   January 2, 2001.]

JACK HSIEH, ET AL., *Appellants*, v. THE DEPARTMENT OF ECOLOGY, ET AL., *Defendants*, JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, ET AL., *Respondents.*
JACK HSIEH, ET AL., *Appellants*, v. J.R. SIMPLOT COMPANY, ET AL., *Defendants*, JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, *Respondent.*

Appeals from judgments of the Superior Court for Walla Walla County, No. 98-2-00330-9, Donald W. Schacht, J., entered February 11 and April 15, 2000. *Affirmed in part* and *reversed in part* by unpublished opinion per Kato, J., concurred in by Kurtz, C.J., and Schultheis, J.

[No. 19116-8-III.   Division Three.   January 2, 2001.]

ADRIENNE A. ZIMNY, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent.*

Appeal from a judgment of the Superior Court for Kittitas County, No. 99-2-00058-0, Michael E. Cooper, J., entered January 26, 2000. *Reversed* by unpublished opinion per Brown, J., concurred in by Kurtz, C.J., and Kato, J.

[No. 46025-1-I.   Division One.   January 2, 2001.]

JUNE GROVE, ET AL., *Appellants*, v. GIRGIS KARLOUS, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 98-2-20517-2, Donald D. Haley, J., entered November 19, 1999. *Affirmed* by unpublished opinion per Becker, J., concurred in by Agid, C.J., and Baker, J.